```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

M.S. and D.S., individually     :
and on behalf of M.S., Jr.,     :
                                :    HONORABLE JOSEPH E. IRENAS
          Plaintiffs,           :    CIVIL ACTION NO. 06-533
                                :
     v.                         :    **ORDER DENYING PLAINTIFFS'**
                                :    **MOTION FOR SUMMARY JUDGMENT**
MULLICA TOWNSHIP BOARD          :    **AND GRANTING DEFENDANT'S**
OF EDUCATION,                   :    **CROSS-MOTION FOR JUDGMENT ON**
                                :    **THE ADMINISTRATIVE RECORD**
          Defendant.            :    (Docket Nos. 8 and 10)

**APPEARANCES:**

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
By:  Rebecca K. Spar, Esq.
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602
          Counsel for Plaintiffs

PARKER MCCAY, P.A.
By:  Paul C. Kalac, Esq.
1009 Lenox Drive, Suite 102A
Building 4 East
Lawrenceville, New Jersey 08648
          Counsel for Defendant


**IRENAS**, Senior District Judge:

     This matter having appeared before the Court upon the Motion for Summary Judgment of Plaintiffs D.S. and M.S., individually and on behalf of their minor son, M.S., Jr.; and the Motion for Judgment on the Administrative Record of Defendant Mullica Township Board of Education; the Court having considered the submissions of the parties, for the reasons set forth in an Opinion issued by this Court on even date herewith, which

Case 1:06-cv-00533-JEI-JS   Document 17   Filed 04/12/07   Page 2 of 2 PageID: 476

findings of fact and conclusions of law are incorporated herein by reference, and for good cause appearing;

**IT IS** on this 12th day of April, 2007,

    **ORDERED THAT:**

    1.   Plaintiffs' Motion fr Summary Judgment (Docket #8) is hereby **DENIED** in its entirety.

    2.   Defendant's Motion for Judgment on the Administrative Record (Docket #10) is hereby **GRANTED** in its entirety.

    3.   The Clerk of Court is hereby directed to close this file.

                       s/ Joseph E. Irenas
                         JOSEPH E. IRENAS
                         Senior United States District Judge

2